UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
_____

ROSA M. WILLIAMS-HOPKINS                         Case No.: 21-cv-11827
on behalf of herself and all others similarly
situated

                  Plaintiff,

v.

CREDIT CONTROL, LLC
JOHN DOES 1-10

                  Defendants.
_____

## NOTICE OF REMOVAL

      Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Credit Control, LLC ("Credit Control") hereby removes this action from the Superior Court of New Jersey Law Division: Essex County. As grounds for removal, Credit Control states as follows:

      1.      On August 3, 2021, Plaintiff filed a lawsuit captioned *Rosa M. Williams-Hopkins, on behalf of herself and those similarly situated, v. Credit Control, LLC; and John Does 1 to 10.*, Case No. ESX-L-6001-21 in the Superior Court of New Jersey Law Division: Essex County (the "State Court Action").

      2.      Credit Control was served a copy of the Petition and Summons on August 11, 2021.  As is required by 28 U.S.C. § 1446(b), this Notice of Removal is filed within 30 days of service on Credit Control of the "Notice and Summons" and Plaintiff's initial pleading.

      3.      In accordance with 28 U.S.C. § 1446(a), copies of the Petition, all process, pleadings, and orders in the State court action are attached hereto at Exhibit A.

4.      Any civil action filed in a State court over which the federal district courts would have original jurisdiction may be removed. 28 U.S.C. § 1441(a).

5.      The above-captioned case is removable because this Court has original subject matter jurisdiction on federal question grounds pursuant to 28 U.S.C. § 1331.

6.      As is stated in Plaintiff's Petition, this case arises under federal law—more particularly under the Fair Debt Collections Practices Act, 15 U.S.C. § 1692 *et. seq.*

7.      Accordingly, this case can be properly removed to this Court pursuant to 28 U.S.C. § 1331 because federal question jurisdiction exists.

8.      Under the provisions of 28 U.S.C. § 1441(a), the United States District Court for the District of New Jersey is the federal court for the district and division embracing the place where the State court action is pending (*i.e.*, Essex County, State of New Jersey).

9.      Credit Control has complied with all applicable requirements of 28 U.S.C. § 1446 for removing this action, including giving written notice of the filing of this Notice of Removal to Plaintiff and filing a copy of the Notice of Removal with the clerk of the Superior County of New Jersey Law Division: Essex County, at or about the same time as this filing.

10.     Plaintiff requested a jury trial in the State Court Action.

WHEREFORE, Defendant Credit Control, LLC, gives notice that this action is hereby removed from the Superior County of New Jersey Law Division: Essex County, to the United States District Court for the District of New Jersey.

Dated:        September 9, 2021

Respectfully submitted,

LIPPES MATHIAS WEXLER FRIEDMAN LLP

/s Sean M. O'Brien
Sean M. O'Brien, Esq.
New Jersey Bar #093702013
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
P: 716-853-5100
F: 716-853-5199
E: sobrien@lippes.com
*Attorneys for Defendant Credit Control, LLC*